UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-56390-LRC |
| | ) | |
| Clyde Elmore Woody, | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor. | ) | |

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's "Notice and Payment into the Court for Unclaimed Funds" on and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the registry of the court in the amount of$553.26 on behalf of Clyde Elmore Woody. On January 17,2017, Clyde Elmore Woody, c/o Dilks & Knopik, LLC, filed a petition seeking payment of this sum. The petition and the documents attached thereto establish that claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of$553.26, payable to Clyde Elmore Woody, c/o Dilks & Knopik, LLC and shall send said check to payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065-9216.

IT IS SO ORDERED, this 20th day of Feb. 2017.

LISA RITCHEY CRAIG
UNITED STATES BANKRUPTCY JUDGE

No Opposition:

Mandy K Campbell GA Bar 142676
for Adam M. Goodman, Chapter 13 Trustee

Bar# ____________

Application Submitted By:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Clyde Elmore Woody
35308 SE Center Street
Snoqualmie, WA 98065-9216
(425) 836-5728

Distribution List:
United States Attorney, 1800 Richard Russell Federal Building, 75 Spring Street, SE Atlanta, GA 30303
Clyde Elmore Woody, 146 Oakland Blvd, Stockbridge, GA 30281
Adam M. Goodman, Case Trustee, mail@13trusteeatlanta.com,
Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216